(June 20, 1985)

■ In the Matter of CARL WESS, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner. — Motion by respondent (1) to modify the discipline imposed upon the respondent, on the ground that the discipline imposed was excessive, and (2) to stay the publication in the *New York Law Journal* of the sanction.

Motion denied. Lazer, J. P., Gibbons, Bracken, O'Connor and Niehoff, JJ., concur.